IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD PENNEWELL,

    Petitioner,                   No. CIV S-06-0598 DFL PAN P

    vs.

TOM CAREY, Warden,

    Respondent.               ORDER

_____/

        Petitioner has requested an extension of time to file and serve an opposition to respondent's May 10, 2006 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's May 30, 2006 request for an extension of time is granted; and

        2. Petitioner shall file and serve an opposition to respondent's May 10, 2006 motion to dismiss on or before July 7, 2006.

DATED: June 14, 2006.

                                                UNITED STATES MAGISTRATE JUDGE

/mp:001; penn0598.111