IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD PENNEWELL,

    Petitioner,                      No. CIV S-06-0598 DFL EFB P

    vs.

TOM CAREY, Warden,

    Respondent.                 ORDER

_____/

    Petitioner is a prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. He has requested an extension of time to file and serve objections to the September 29, 2006, findings and recommendations.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's October 19, 2006, request for an extension of time is granted; and

    2. Petitioner has 30 days from the date this order is signed to file objections to the September 29, 2006 findings and recommendations.

DATED: November 1, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE