IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD PENNEWELL,

    Petitioner,                    No. CIV S-06-0598 DFL EFB P

    vs.

TOM CAREY, Warden,

    Respondent.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On December 1, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed December 1, 2006, are adopted in full;

2. Respondent's May 10, 2006, motion to dismiss is denied;

3. Respondent is granted sixty days from the date of this order to file and serve an answer to petitioner's application.  <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases.  The answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases.

4. Petitioner is granted thirty days after service of the answer to file a reply, if any.

DATED:   March 19, 2007

/s/ David F. Levi
UNITED STATES DISTRICT JUDGE

/