IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD PENNEWELL,

    Petitioner,                   No. CIV S-06-0598 DFL EFB P

    vs.

TOM CAREY, Warden,

    Respondent.            ORDER

                             /

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On March 29, 2007, petitioner requested an extension of time to file and serve a reply. *See* Fed. R. Civ. P. 6(b). At the time he made his request, he did not need an extension. However, the time for filing a reply has passed.

      Good cause appearing, it is ORDERED that petitioner's March 29, 2007, request is granted and petitioner has 30 days from the date of this order to file a reply.

Dated: April 27, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE