IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PENNEWELL,<br><br>    Petitioner,<br><br>vs.<br><br>THOMAS CAREY, Warden,<br><br>    Respondent. | Case No. 2:06-cv-0598 JKS EFB P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On February 28, 2008, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Neither party filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed February 28, 2008, are adopted in full;

2. Petitioner's application for writ of habeas corpus is dismissed as moot; and

3. The Clerk shall enter judgment accordingly.

Dated this the 22nd day of April 2008.

/s/ James K. Singleton, Jr.
**JAMES K. SINGLETON, JR.**
United States District Judge

1